Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION               21 MC 102 (AKH)
                                                 08CV02641(AKH)
-------------------------------------------------------------------- X
RONALD KERNEY (AND WIFE, KERRI KERNEY),          **AMENDED**
                                                 **FED. R. CIV. P.**
                                                 **7.1 STATEMENT**

                                  Plaintiff,

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, ET. AL.,

                                  Defendants.

-------------------------------------------------------------------- X

        Pursuant to Rule 7.1 of the Local Civil Rules of the Sothern District of New York

and to enable Judges and Magistrates of the Court to evaluate possible disqualification or

recusal, the undersigned attorney of record for the defendants, certifies that Host Hotels

& Resorts, Inc. is the parent corporation of HMC Capital Resources LLC, and Marriott

International Inc. is the parent corporation of Marriott Hotel Services, Inc. and MK West

Street Company, L.P.

Dated:  New York, New York
          April 24, 2008

WADE CLARK MULCAHY

/s/

_____
By: Paul F. Clark (PC 2633)
Attorneys for HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West
Street Company, L.P.
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK        )
COUNTY OF NEW YORK   ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on April 24, 2008, deponent served the within **FED. R. CIV. P. 7.1 STATEMENT** upon the attorneys and parties listed below by electronic mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq. | Robert Grochow, Esq. |
| THE LAW FIRM OF GREGORY J. CANNATA | ROBERT A. GROCHOW, P.C. |
| Plaintiff's Liaison Counsel | Plaintiff's Liaison Counsel |
| 233 Broadway | 233 Broadway |
| New York, NY 10279 | New York, NY 10279 |
| | |
| David Worby, Esq. | James E. Tyrrell, Jr., Esq. |
| WORBY GRONER EDELMAN & NAPOLI BERN, LLP | PATTON BOGGS LLP |
| Plaintiff's Liaison Counsel | Defendants' Liasion Counsel |
| 115 Broadway | The Legal Center |
| New York, NY 10006 | One Riverfront Plaza |
| | Newark, NJ  07102 |
| | |
| Richard Williamson, Esq. | WILSON ELSER, ET AL |
| FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP | Attorneys for Battery Park City Authority |
| Defendants' Liaison Counsel | 3 Gannett Drive |
| One Liberty Plaza | White Plains, NY 10604 |
| New York, NY 10006 | |
| | |
| ESCHEN, FRENKLE & WEISMAN, LLP | ESCHEN, FRENKLE & WEISMAN, LLP |
| Attorneys for Lionshead Development, LLC | Attorneys for Lionshead 110 Development, LLC |
| 20 West Main Street | 20 West Main Street |
| Bay Shore, NY 11706 | Bay Shore, NY 11706 |

DICKSTEIN    SHAPIRO    MORIN    &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____

T. Coreentje Phipps

Sworn to before me this
24th day of April 2008

/s/

_____

Paul F. Clark