UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
        :
IN RE: LOWER MANHATTAN DISASTER SITE  :    21 MC 102 (AKH)
LITIGATION        :
        :
        :
------------------------------------------------------------ X
        :
RONALD KERNEY (AND WIFE, KERRI    :    08-CV-2641 (AKH)
KERNEY),        :
        :
      Plaintiffs,  :
        :
-against-        :
        :    **FGP 90 WEST STREET,**
90 CHURCH STREET LIMITED PARTNERSHIP,  :    **INC.'S NOTICE OF**
AMBIENT GROUP, INC., ASSAY PARTNERS,  :    **ADOPTION OF ANSWER TO**
BELFOR USA GROUP, INC., BOSTON  :    **MASTER COMPLAINT**
PROPERTIES, INC., FGP 90 WEST STREET INC.,  :
HMC CAPITOL RESOURCES CORP., HMC  :
FINANCIAL CENTER, INC, KIBEL COMPANIES,  :
MARRIOTT HOTEL SERVICES, INC., MB REAL  :
ESTATE, MK WEST STREET COMPANY, MK  :
WEST STREET COMPANY, L.P., NYSE INC.,  :
SEVEN HANOVER ASSOCIATES, STRUCTURE  :
TONE (UK), INC., and STRUCTURE TONE  :
GLOBAL SERVICES, INC., ET AL,  :
        :
      Defendants.  :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the

Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
May 30, 2008

By: ___s/ Keara M. Gordon___
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*

NEWY1\8243357.1