x:\tc52506\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
RONALD KERNEY AND KERRI KERNEY,

                    Plaintiffs,

     -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., ASSAY PARTNERS,
BELFOR USA GROUP, INC., BOSTON PROPERTIES,
INC., FGP 90 WEST STREET INC., HMC CAPTIOL
RESOURCES CORP., HMC FINANCIAL CENTER,
INC., KIBEL COMPANIES, MARRIOTT HOTEL
SERVICES, INC., MB REAL ESTATE, MK WEST
STREET COMPANY, MK WEST STREET COMPANY,
L.P., NYSE INC., SEVEN HANOVER ASSOCIATES,
STRUCTURE TONE (UK), INC. AND STRUCTURE
TONE GLOBAL SERVICES, INC., ET AL.,

                    Defendants.
-----------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CIV 2641**

     PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 18, 2008

_____
WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600